FILED
March 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002503128

Alan S. Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Tel (949) 720-9200
Fax (949) 608-0128

Attorneys for Movant
U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>RENEE MICHELLE CIARLO aka RENEE MICHELLE HURD<br><br>    Debtor. | CASE: 10-23736-A-7<br><br>CHAPTER 7<br><br>REF.: ASW-1<br><br>MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND DECLARATION OF JO-ANN GOLDMAN IN SUPPORT THEREON<br><br>DATE: 4/26/10<br>TIME: 9:00 am<br>CTRM: 28<br>U.S. Bankruptcy Court<br>501 I Street<br>Sacramento, CA |

    The Motion of U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 respectfully shows as follows:

    1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Sections 157 and 1334.

    2. This Motion is brought pursuant to Local Rule 9014-1(f)(1)(ii) written opposition, if any, to the granting of the

Matter I.D. 6401-5875

Motion shall be in writing and shall be served on the moving party and filed with the Clerk by the responding party at least fourteen (14) days preceding the noticed date of the hearing. Unless written opposition and supporting evidence are timely filed with the Court, without good cause, no party will be heard in opposition to the Motion at oral argument. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the Motion.

Opposition to the Motion shall be served on counsel for Movant as follows:

THE WOLF FIRM
2955 Main Street, Second Floor
Irvine, CA 92614
Tel (949) 720-9200
Fax (949) 608-0128

3. On February 17, 2010, a petition under Chapter 7 of the Bankruptcy Code was filed by the Debtor.

4. GARY FARRAR, Trustee is the Chapter 7 Trustee for this case.

5. Movant is, and at all times herein mentioned was a corporation organized and existing under the laws of the United States.

6. Movant is the beneficiary under a Deed of Trust which secures a Promissory Note ("Note") in the principal sum of $320,000.00, with the Note all due and payable on November 1, 2036. The Note and Deed encumber real property commonly known as:

    4116 Royal Windsor Drive, Salida, CA 95368 ("Property")

Matter I.D. 6401-5875

and legally described as set forth in the Deed of Trust, which is attached to the Declaration of JO-ANN GOLDMAN.

7. The beneficial interest under the Deed of Trust is currently held by Movant. <u>See</u> Declaration of JO-ANN GOLDMAN.

8. There was a default under the terms of the Note and Deed of Trust and on November 20, 2009, Movant caused to be recorded a Notice of Default and Election to Sell.

9. The Property is not Debtor's principal residence.

10. As of March 5, 2010, the Debtor has failed to tender 11 of the contractual payments which have fallen due under the Note and Deed of Trust.

11. The total amount due under Note and Deed of Trust as of March 5, 2010, exclusive of attorneys fees and costs, was approximately $353,792.13. See Statement of Indebtedness attached hereto as <u>Exhibit "1"</u>.

12. The Property is also encumbered by additional liens and arrearages which, when added to Movant's lien and arrearages secured thereby, total approximately $357,184.79.

13. Movant requests the Court take Judicial Notice that the Debtor's Schedule "A" provides the fair market value of the Property to be approximately $150,000.00. A true and correct copy of Schedule "A" is attached hereto as <u>Exhibit "2"</u> and incorporated by reference.

14. Movant requests the Court take Judicial Notice that the Debtor's Schedule "D" reflects the Property is encumbered by one additional lien. A true and correct copy of the Debtor's

Matter I.D. 6401-5875

Schedule "D" is attached hereto as Exhibit "3" and incorporated by reference.

16. 15. Movant requests the Court take Judicial Notice that the Debtor's Statement of Intentions provides the Property is to be surrendered. A true and correct copy of the Statement of Intentions is attached hereto as Exhibit "4" and incorporated by reference.

16. Due to the liens, encumbrances and arrearages existing against the Property, and due to current market trends and costs of sale, the Debtor does not have any equity in the Property.

17. The Debtor has no reasonable prospect for reorganization and the Property is not necessary for an effective reorganization.

18. Movant does not have, and has not been offered, adequate protection for its interest in the Property and the passage of time will result in irreparable injury to Movant's interest in the Property including, but not limited to, loss of interest and opportunity.

19. For all the reasons set forth herein, there is cause for relief from stay including, but not limited to, lack of adequate protection and the Debtor's failure to make the required Deed of Trust payments.

///
///
///
///
///

Matter I.D. 6401-5875

WHEREFORE, Movant prays for the judgment against Respondents as follows:

        (1)   That the automatic stay be terminated or annulled so that Movant may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust and any and all rights after the foreclosure sale, including, but not limited to, the right to consummate foreclosure proceedings on the property and the right to proceed in unlawful detainer;

        (2)   For reasonable attorneys' fees;

        (3)   For the waiver of the 14 day stay pursuant to Bankruptcy Rule 4001(a)(3).

        (4)   For such other and further relief as the Court deems just and proper.

Dated: 3/22/10

/s/ Alan Steven Wolf
ALAN STEVEN WOLF
Attorneys for Movant
U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1

Matter I.D. 6401-5875

# EXHIBIT 1

MOVANT'S STATEMENT OF INDEBTEDNESS

Debtor:            CIARLO
CASE NO.:          10-23736-A-7
PROPERTY ADDRESS:  4116 Royal Windsor Drive
                   Salida, CA  95368

A.  APPROX. PRINCIPAL DUE AS OF March 5, 2010:
1st trust deed Select Portfolio          = $      319,985.00
Property Taxes                           = $        3,392.66
                                   TOTAL = $      323,377.66

B.  APPROX. DELINQUENCY ON ABOVE INDEBTEDNESS AS OF 03/05/10:
Movant's first trust deed payments and late charges:

2   payment(s) at    $   1,937.51    = $        3,875.02

9   payment(s) at    $   2,301.08    = $       20,709.72

                 Accrued Late Charges $          239.58
                      Escrow Shortage $        6,299.66
                   Recoverable Balance $       2,683.15
                                TOTAL $       33,807.13

C.  VALUE OF PROPERTY:                           $      150,000.00
D.  LESS TOTAL OF PRINCIPAL AND DELINQUENCY:     $       57,184.79

E.  GROSS EQUITY (D-C)*:                         $     -207,184.79

Matter I.D. 6401-5875

# EXHIBIT 2

Official Form B6A (12/07)     UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): Renee Michelle Ciarlo | Case No.: (If known) |
|---|---|

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence located at 4116 Royal Winsor Drive, Salida CA 95368 | Fee Owner | | $ 150,000.00 | $ 320,000.00 |
| | | Total ➤ | $ 150,000.00 | |

(Report also on Summary of Schedules.)

# EXHIBIT 3

Form B6D (12/07)    UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): Renee Michelle Ciarlo | Case No.: (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>RANDY MOHRBACHER<br>146 KITTOE<br>MOUNTAIN VIEW, CA 94043 | | | Security Agreement<br>2000 FORD TRUCK<br><br>VALUE $19,165.00 | | | | 12,165.00 | 0.00 |
| ACCOUNT NO. 9970<br>Select Portfolio Servicing, Inc.<br>Attn: Bankruptcy Dept<br>PO Box 65450<br>Salt Lake City UT 84165-0450<br><br>SCME Mortgage Bankers Inc.<br>11070 White Rock Road #185<br>Rancho Cordova CA 95670<br><br>SPS<br>2650 Warrenville Road<br>Downers Grove IL 60515<br><br>NATIONAL DEFAULT SERVICING CORP<br>7720 N. 16TH STREET, SUITE 300<br>PHOENIX, AZ 85020 | | | Mortgage<br>Residence located at 4116 Royal Winsor Drive, Salida CA 95368<br><br>VALUE $150,000.00 | | | | 320,000.00 | 170,000.00 |
| ACCOUNT NO. 2000<br>Stanislaus County Tax Collector<br>c/o Gordon B. Ford<br>P.O. Box 859<br>Modesto, CA 95353-0859 | | | 08/27/2009<br>Mortgage<br>Property Taxes 2009-2010 for 4116 Royal Winsor Dr.<br>Salida, CA 95368<br>1st and 2nd installments<br><br>VALUE $150,000.00 | | | | 3,392.66 | 0.00 |

0 continuation sheets attached

Subtotal ➤ (Total of this page)   $ 335,557.66   $ 170,000.00

Total ➤ (Use only on last page)   $ 335,557.66   $ 170,000.00

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

# EXHIBIT 4

UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): Renee Michelle Ciarlo | Case No. |
| --- | --- |
| | Chapter 7 |

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

**Property No. 1**

| Creditor's Name: | Describe Property Securing Debt: |
| --- | --- |
| RANDY MOHRBACHER | 2000 FORD TRUCK |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

---

**Property No. 2**

| Creditor's Name: | Describe Property Securing Debt: |
| --- | --- |
| Select Portfolio Servicing, Inc. | Residence located at 4116 Royal Winsor Drive, Salida CA 95368 |

Property will be *(check one)*:
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

---

**Property No. 3**

| Creditor's Name: | Describe Property Securing Debt: |
| --- | --- |

Official Form 8 Cont[d] (12/08)  UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

| Debtor(s): Renee Michelle Clarlo | Case No. |
| --- | --- |
| | Chapter 7 |

| Stanislaus County Tax Collector | Property Taxes 2009-2010 for<br>4116 Royal Winsor Dr.<br>Salida, CA 95368<br>1st and 2nd Installments |
| --- | --- |

Property will be (check one):
- ☐ Surrendered
- ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is (check one):
- ☐ Claimed as exempt
- ☒ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| Lessor's Name:<br>Tahiti Village LV, LLC | Describe Leased Property:<br>One week in Las Vegas, Debtor responsible for annual fees of $780/year | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☒ YES  ☐ NO |

__0__ continuation sheets attached (if any)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: 2/11/10

Renee Michelle Clarlo
Signature of Debtor