

Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Street
Irvine, CA 92614
Tel (949) 720-9200
Fax (949) 608-0128

Attorneys for Movant
U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | CASE: 10-23736-A-7 |
| RENEE MICHELLE CIARLO aka RENEE MICHELLE HURD | CHAPTER 7 |
| Debtor. | REF.: ASW-1 |
| | ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| | DATE: 04/26/10<br>TIME: 9:00am<br>CTRM: 28<br>U.S. Bankruptcy Court<br>501 I Street<br>Sacramento, CA 95814 |

A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1, and having been heard before the HONORABLE MICHAEL S. MC MANUS, UNITED STATES BANKRUPTCY JUDGE, on April 26, 2010, Movant appearing by and through its attorneys The Wolf Firm by Marvin B. Adviento, and other appearances as stated on the record, and the Court,

RECEIVED
April 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002596388

6401-5875

having read the various pleadings, documents and proceedings, and service having been made, and after due deliberation without hearing, does hereby make its order as follows:

IT IS ORDERED that with respect to the real property commonly known as 4116 Royal Windsor Drive, Salida, CA 95368, and more fully described as follows:

SEE LEGAL DESCRIPTION MARKED AS EXHIBIT "A"
AND INCORPORATED HEREIN BY REFERENCE

Movant and its agents and successors are relieved of the automatic stay, and said stay is immediately terminated, so that Movant and its agents and successors may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust and any and all rights after foreclosure sale, including, but not limited to, the right to commence and/or consummate foreclosure proceedings on the property and the right to proceed in any action to obtain possession of the property.

IT IS FURTHER ORDERED that the court determines that this bankruptcy proceeding has been finalized for purposes of Cal. Civil Code § 2923.5 and the enforcement of the note and deed of trust described in the motion against the subject real property. Further, upon entry of the order granting relief from the automatic stay, the movant and its successors, assigns, principals, and agents shall comply with Cal. Civil Code § 2923.52 et seq., the California Foreclosure Prevention Act, to the extent it is otherwise applicable.

Matter I.D. 6401-5875

1  IT IS FURTHER ORDERED that because the movant has not
2  established that the value of its collateral exceeds the
3  amount of its secured claim, the court awards no fees and
4  costs in connection with the movant's secured claim as a
5  result of the filing and prosecution of this motion.
6  IT IS FURTHER ORDERED that the 14-day period specified in
7  Fed.R.Bankr.P. 4001(a)(3) is not waived. That period, however,
8  shall run concurrently with the 7-day period specified in Cal.
9  Civ. Code Section 2924g(d) to the extent section 2924g(d) is
10 applicable to orders terminating the automatic stay.
11 IT IS FURTHER ORDERED that no other relief is awarded.

Dated: April 30, 2010          By the Court

                               _____
                               Michael S. McManus
                               United States Bankruptcy Judge

Matter I.D. 6401-5875

# EXHIBIT A

Loan Name: RENEE MICHELLE CIARLO                    LOAN NO.: ███████3

Property Address: 4116 ROYAL WINDSOR DRIVE, SALIDA, CA 95368

# EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN AN UNINCORPORATED AREA, COUNTY OF STANISLAUS, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

Lot 134 of Murphy's Landing Unit No. 4, as per Map filed July 23, 1997 in Volume 37 of Maps, Page 75, Stanislaus County Records.



LENDER SUPPORT SYSTEMS INC. EX-A.FRM (03/98)